IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HENRY PAGE,

   Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2096

Opinion filed January 6, 2015.

Petition for Writ of Certiorari-Original Proceeding.

Henry Page, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Tammy S. Metcalf, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   DENIED.

PADOVANO, MARSTILLER, and OSTERHAUS, JJ., CONCUR.